Case 3:16-cr-00819-JMA   Document 93   Filed 12/01/16   PageID.278   Page 1 of 3

AO 245B (CASDRev. 08/13) Judgment in a Criminal Case

FILED
DEC 01 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SHATHA ABBAS (2)<br>also known as: Shatha Yehia Abbas Hussain | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 16CR0819-JMA<br><br>Caitlin Howard, Federal Defenders Inc.<br>Defendant's Attorney |

**REGISTRATION NO.**  56632-298

☐  -

☒  pleaded guilty to count(s)    1 of the Superseding Information

☐  was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1597 | Unlawful Conduct with Respect to Immigration Documents | 1 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☒  Count(s)  Underlying counts  are  dismissed on the motion of the United States.

☒  Assessment: $25.00 – payable forthwith

☒  No fine    ☐  Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 29, 2016
Date of Imposition of Sentence

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

| DEFENDANT: | SHATHA ABBAS (2) | Judgment - Page **2** of **3** |
| CASE NUMBER: | 16CR0819-JMA | |

## PROBATION

The defendant is hereby sentenced to probation for a term of:
3 YEARS OF UNSUPERVISED PROBATION.

The defendant shall not commit another federal, state or local crime during the term of unsupervised probation.

16CR0819-JMA

| | | |
|---|---|---|
| DEFENDANT: | SHATHA ABBAS (2) | Judgment - Page 3 of 3 |
| CASE NUMBER: | 16CR0819-JMA | |

## RESTITUTION

The defendant shall pay restitution in the amount of     $18,270.00     unto the United States of America.

Restitution shall be paid to the following victim:

**W.M. – Counsel has informed the court that the victim has been paid in full.**

Payment of the restitution shall be made through the Clerk, U.S. District Court at a rate of $305.00 per month with any prior payments made to the victim to be credited toward the restitution amount.

16CR0819-JMA